AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☑ Duplicate Original



FILED
DISTRICT COURT OF GUAM
SEP 26 2023
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
Information associated with Instagram user ID numbers 48061289124 and 19726162175, stored at premises owned by Meta Platforms, Inc. (See Attachment A)  )

Case No. MJ 23-00043

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of California
*(identify the person or describe the property to be searched and give its location)*:

Information associated with Instagram user ID numbers 48061289124 and 19726162175, stored at premises owned by Meta Platforms, Inc. Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   April 10, 2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

BP

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   MICHAEL J. BORDALLO  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial) and reasonable necessity supports the seizure. Therefore, I authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1648 Hr, 27 March 2023    *Michael Bordallo (By Direction)*
                                                  *Judge's signature*

City and state:  Hagatna, Guam        MICHAEL J. BORDALLO, U.S. Magistrate Judge
                                       *Printed name and title*

**ORIGINAL**

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: MJ 23-00043 | Date and time warrant executed: 29 MARCH 2023, 0900 | Copy of warrant and inventory left with: Meta Platforms |
|---|---|---|

Inventory made in the presence of: SA R. FRASCO

Inventory of the property taken and name(s) of any person(s) seized:

1. Subscriber data, Content/Messages, and digital media pertaining to the following Instagram accounts:
   a) 1972616 2175
   b) 4806128 9124

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 26 SEPT. 2023

_Executing officer's signature_

Robert Frasco, Special Agent
_Printed name and title_

9/26/23

## ATTACHMENT A

## Property to Be Searched

1. This warrant applies to information associated with the following Instagram accounts, active on, but not limited to, March 24, 2023 (UTC), which is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California.

    a. _.anasmith

        1) Indicated Instagram user ID number 48061289124.

    b. natan_the_bum

        2) Indicated Instagram user ID number 19726162175

1

# ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or other information that has been deleted but is still available to Meta, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on March 25, 2023, Meta is required to disclose the following information to the government for each account or identifier listed in Attachment A:

- A.  All business records and subscriber information, in any form kept, pertaining to the account, including:

    1. Identity and contact information (past and current), including full name, e-mail addresses, physical address, date of birth, phone numbers, gender, hometown, occupation, websites, and other personal identifiers;

    2. All Instagram usernames (past and current) and the date and time each username was active, all associated Instagram and Facebook accounts (including those linked by machine cookie), and all records or other information about connections with Facebook, third-party websites, and mobile apps (whether active, expired, or removed);

    3. Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

    4. Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers;

    5. All advertising information, including advertising IDs, ad activity, and ad topic preferences;

    6. Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, from March 24, 2023 (UTC) to the present;

    7. Privacy and account settings, including change history; and

    8. Communications between Meta and any person regarding the account, including contacts with support services and records of actions taken;

- B.  All content (whether created, uploaded, or shared by or with the account), records, and other information relating to videos (including live videos and videos on IGTV), images, stories and archived stories, past and current bios and profiles,

posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows, followed hashtags, shares, invitations, and all associated logs and metadata, from March 24, 2023 (UTC to the present)

C. All content, records, and other information relating to communications sent from or received by the account (from March 24, 2023 (UTC) to the present), including but not limited to:

1. The content of all communications sent from or received by the account, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content if available;

2. All records and other information about direct, group, and disappearing messages sent from or received by the account, including dates and times, methods, sources and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot);

3. All records and other information about group conversations and video chats, including dates and times, durations, invitations, and participants (including usernames, account numbers, and date and time of entry and exit); and

4. All associated logs and metadata;

D. All content, records, and other information relating to all other interactions between the account and other Instagram users (from March 24, 2023 (UTC) to the present), including but not limited to:

1. Interactions by other Instagram users with the account or its content, including posts, comments, likes, tags, follows (including unfollows, approved and denied follow requests, and blocks and unblocks), shares, invitations, and mentions;

2. All users the account has followed (including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the account;

3. All contacts and related sync information; and

4. All associated logs and metadata;

E. All records of searches performed by the account (from March 24, 2023 (UTC) to the present); and

F. All location information, including location history, login activity, information geotags, and related metadata (from March 24, 2023 (UTC) to the present).

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.